FILED

DEC 2 0 2011

CLERK, U.S. D[...]
WESTERN DIST[...]
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | SA-07-CR-734-OLG |
| | § § | |
| STEPHANIE MARTINEZ | § | |

**AGREED ORDER MODIFYING SUPERVISED RELEASE**

Through their signatures below, the parties and probation office have requested that the Court modify, rather than revoke, the Defendant's supervised release. The Court agrees and order that:

1. ***Reimposition of earlier imposed supervised-release conditions.*** Unless otherwise indicated herein, all mandatory, standard, and special conditions of supervised release previously imposed on the Defendant in this case shall remain in full force and effect.

2. ***Special supervised-release conditions added.*** The Defendant shall reside in and participate in a residential drug or alcohol treatment program, as instructed by the probation officer, until satisfactorily discharged by the program director. The Defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the probation officer, based on the Defendant's ability to pay.

The Defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

The Defendant shall participate in disulfiram (antabuse) or/opiate-antagonist (Trexan) program, follow all the rules and regulations of said abuse program which includes taking all medication as prescribed by her physician.

3. ***Defendant's acknowledgment for petition alleging premodification violations.*** The Court notes that the Defendant acknowledges and admits to the allegations in the petition filed on March 3, 2011.

4. ***Custody directive.*** The Court **ORDERS** that the Defendant shall remain in custody until an inpatient treatment facility is available. The United States Probation Officer shall expedite placement in such inpatient treatment facility and transport Defendant to the facility approved by the probation office.

5. ***Defendant's waiver of rights.*** The Defendant, with the assistance of counsel, urges that the Court forthwith and without any further hearing enter this agreed order; and, in so doing, the Defendant– having read and understood the revocation petition and this Order, having thoroughly discussed them with her attorney, and having agreed to the terms of this Order–knowingly and intelligently waives her right to any hearing, under the Constitution, FED. R. CRIM. P. 32.1(C) and 43, 18 U.S.C. § 3582(e)(2), or any other authority.

SO ORDERED on this 19 day of December, 2011.

_____
ORLANDO L. GARCIA
United States District Judge

**UNDERSTOOD AND AGREED TO IN EVERY RESPECT:**

_____          12·16·11
STEPHANIE MARTINEZ                        Date
Defendant


_____          12-16-11
KURT G. MAY                               Date
Assistant Federal Public Defender
Counsel for Defendant


_____          12-16-11
THOMAS P. MOORE                           Date
Assistant United States Attorney
Counsel for Plaintiff